**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TOMMY PEREZ, JR.**                                                                 **PLAINTIFF**

**v.**                           **CASE NO. 3:14CV00066 BSM**

**CITY OF OSCEOLA, et. al**                                        **DEFENDANTS**

**TOMMY PEREZ, JR.**                                                                 **PLAINTIFF**

**v.**                           **CASE NO. 3:14CV00070 KGB**

**CITY OF OSCEOLA, et. al**                                         **DEFENDANTS**

**ORDER**

Plaintiff Tommy Perez, Jr. filed this lawsuit *pro se* under 42 U.S.C. § 1983. [Doc. No.1]. Five days later, Perez filed another *pro se* complaint alleging related conduct by three of the same defendants. *See Perez v. Osceola et al.*, Case No. 3:14CV00070.

Having reviewed the allegations in these two cases, it is determined that consolidation is appropriate under Fed. R. Civ. P. 42(a), and the defendants' motion for consolidation [Case No. 3:14CV00066, Doc. No. 11] is granted. In accordance with the practice in the Eastern District of Arkansas, the first-filed case, *Perez v. City of Osceola et al.*, Case No. 3:14CV00066, is designated as the lead case. All pleadings should be filed in that case.

Additionally, Perez's motion to amend [Doc. No. 19] and his motion for settlement [Doc. No. 21] are denied. His motion to consolidate [Doc. No. 23] is denied as moot. Defendants' motion for leave to depose Perez [Doc. No. 20] is granted.

IT IS SO ORDERED this 17th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE