**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TOMMY PEREZ, JR.**                                                  **PLAINTIFF**

v.                         **CASE NO. 3:14CV00066 BSM**

**CITY OF OSCEOLA et al.**                                     **DEFENDANTS**

## ORDER

Plaintiff Tommy Perez, Jr. shall file a response to defendant's motion for summary judgment [Doc. No. 35] by Friday, February 6, 2015, or his case shall be dismissed for failure to prosecute.

IT IS SO ORDERED this 30th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE