# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TOMMY PEREZ, JR.**                                                                                       **PLAINTIFF**

**v.**                        **CASE NO. 3:14CV00066 BSM**

**CITY OF OSCEOLA, et. al**                                                      **DEFENDANTS**

**TOMMY PEREZ, JR.**                                                                                      **PLAINTIFF**

**v.**                        **CASE NO. 3:14CV00070 BSM**

**CITY OF OSCEOLA, et. al**                                                      **DEFENDANTS**

## ORDER

On January 30, 2015, plaintiff Tommy Perez, Jr. was given seven days to show cause why his case should not be dismissed for failure to prosecute after he failed to respond to defendant Christopher Ellis's motion for summary judgment. *See* Doc. No. 44. Because Perez failed to respond, his case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of February 2015.

                                                                                        *[signature: Brian S. Miller]*
                                                                      UNITED STATES DISTRICT JUDGE