IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TOMMY PEREZ, JR.**     **PLAINTIFF**

v.     **CASE NO. 3:14CV00066 BSM**

**CITY OF OSCEOLA, et. al**     **DEFENDANTS**

**TOMMY PEREZ, JR.**     **PLAINTIFF**

v.     **CASE NO. 3:14CV00070 BSM**

**CITY OF OSCEOLA, et. al**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE